AMI.23218

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| JANICE WOODS, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | |
| § | Case No. _____ |
| AMICA MUTUAL INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## DEFENDANT'S INDEX OF DOCUMENTS

The following Exhibits (A-C) are relied upon and incorporated by reference in Defendant's Notice of Removal:

A. Civil Cover Sheet;

B. Supplemental Cover Sheet;

C. Index of Documents;

    1. State Court Docket Sheet;

    2. Plaintiff's Original Petition, filed November 21, 2016;

    3. Civil Case Information Sheet, filed November 21, 2016;

    4. Citation on AMICA, issued November 21, 2016;

    5. Return of Service for AMICA, dated December 6, 2016;

    6. Defendant AMICA's Original Answer, filed December 21, 2016; and

    7. Defendant's Motion for Leave to Designate Responsible Third Party filed January 4, 2017.

## Case Information

CC-16-05879-A | JANICE WOODS vs. AMICA MUTUAL INSURANCE COMPANY

| | | |
|---|---|---|
| Case Number | Court | File Date |
| CC-16-05879-A | County Court at Law No. 1 | 11/21/2016 |
| Case Type | Case Status | |
| DAMAGES (COLLISION) | OPEN | |

## Party

**PLAINTIFF**
WOODS, JANICE

Address
870 W. Interstate 30
N/A
Garland TX 75043

Active Attorneys ▼
Lead Attorney
WATSON, PATRICK R
Retained

Work Phone
214-528-6060

Fax Phone
214-528-0712

**DEFENDANT**
AMICA MUTUAL INSURANCE COMPANY

Address
SERVE ITS REG AGENT:ROBERT R FOSS, JR.
2150 TOWN SQUARE PLACE, SUITE 600
SUGAR LAND TX 77479-1465

Active Attorneys ▼
Lead Attorney
BENNETT, PAUL WILLIAM
Retained

Work Phone
214-987-9600

Fax Phone
214-987-9866

## Events and Hearings

11/21/2016 NEW CASE FILED (OCA)

11/21/2016 CORRESPONDENCE - LETTER TO FILE ▼

COVER LETTER

11/21/2016 CIVIL CASE INFORMATION SHEET ▼

CIVIL CASE INFORMATION SHEET

Comment
CIVIL CASE INFORMATION SHEET

11/21/2016 ORIGINAL PETITION ▾

PLAINTIFF'S ORIGINAL PETITION

Comment
PLAINTIFF'S ORIGINAL PETITION

11/21/2016 ISSUE CITATION ▾

ISSUE CITATION

12/01/2016 CITATION (SERVICE) ▾

Anticipated Server
ATTORNEY

Anticipated Method
Actual Server
PRIVATE PROCESS SERVER

Returned
12/13/2016
Comment
PLACED IN BEST & ASSOC BOX 12/1/16

12/13/2016 RETURN OF SERVICE ▾

RETURN OF SERVICE

12/21/2016 ORIGINAL ANSWER ▾

DEFENDANT'S ORIGINAL ANSWER

12/21/2016 JURY TRIAL DEMAND

01/04/2017 MOTION - LEAVE ▾

DEFENDANT S MOTION FOR LEAVE TO DESIGNATE RESPONSIBLE THIRD

Comment
DEFENDANT'S MOTION FOR LEAVE TO DESIGNATE RESPONSIBLE THIRD PARTY

**Financial**

WOODS, JANICE
   Total Financial Assessment     $280.00
   Total Payments and Credits     $280.00

| Date | Type | Receipt | Party | Amount |
|---|---|---|---|---|
| 11/21/2016 | Transaction Assessment | | | $280.00 |
| 11/21/2016 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2016-14096 | WOODS, JANICE | ($280.00) |

AMICA MUTUAL INSURANCE COMPANY
   Total Financial Assessment     $40.00
   Total Payments and Credits     $40.00

| Date | Type | Receipt | Party | Amount |
|---|---|---|---|---|
| 12/21/2016 | Transaction Assessment | | | $40.00 |
| 12/21/2016 | CREDIT CARD - TEXFILE (CC) | Receipt # CV-2016-15246 | AMICA MUTUAL INSURANCE COMPANY | ($40.00) |

**Documents**

COVER LETTER
CIVIL CASE INFORMATION SHEET
PLAINTIFF'S ORIGINAL PETITION
ISSUE CITATION
RETURN OF SERVICE
DEFENDANT'S ORIGINAL ANSWER
DEFENDANT S MOTION FOR LEAVE TO DESIGNATE RESPONSIBLE THIRD

FILED
11/21/2016 11:06:53 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

Cause No. CC-16-05879-A

| | | |
|---|---|---|
| JANICE WOODS | § | IN THE COUNTY COURT |
| VS. | § | AT LAW NO. _____ |
| AMICA MUTUAL INSURANCE COMPANY | § | DALLAS COUNTY, TEXAS |

## PLAINTIFF'S ORIGINAL PETITION

NOW COMES Plaintiff Janice Woods, complaining of Defendant Amica Mutual Insurance Company, and for causes of action would respectfully show the Court as follows:

### DISCOVERY CONTROL PLAN

1. Plaintiff affirmatively pleads that she seeks monetary relief in excess of $100,000.00, but no more than $200,000.00; excluding costs, pre-judgment interest, and attorney's fees. Discovery is to be conducted under Level 3, Tex. R. Civ. P. 190.4.

### PARTIES

2. Plaintiff is an individual resident of Dallas County, Texas.

3. Defendant Amica Mutual Insurance Company is an insurance corporation authorized to do business in the State of Texas, and may be served with process by serving its registered agent for service of process, Robert R. Foss, Jr., 2150 Town Square Place, Suite 600, Sugar Land, Texas 77479-1465.

### VENUE

4. Venue is proper in Dallas County, Texas; as all or part of Plaintiff's causes action accrued here.

### JURISDICTION

5. Plaintiff seeks damages within the jurisdictional minimum of this Court.

## FACTS

6. On or about January 19, 2016, Plaintiff Janice Woods was traveling northbound on Noel Trail in Dallas, Dallas County, Texas. Maria De Los Angeles Prado, traveling immediately behind Plaintiff was struck in the rear by an unknown vehicle, causing Maria De Los Angeles Prado to collide with Plaintiff's vehicle, damaging Plaintiff's vehicle and inflicting injury upon Plaintiff. The collision and Plaintiff's injuries were proximately caused by the negligence of the unknown driver in the following respects:

    (a) Failure to keep a proper lookout;

    (b) Failure to maintain proper control of the vehicle;

    (c) Failure to sufficiently or properly apply brakes;

    (d) Failure to take proper evasive action to avoid a collision;

    (e) Failure to maintain an assured clear distance between the vehicles;

    (f) Traveling at a rate of speed that was excessive under the circumstances and conditions prevailing at the time of the collision; and

    (g) Driver inattention.

7. As the direct and proximate result of the unknown driver's negligence, Plaintiff was injured. As the result of the unknown driver's negligence, Plaintiff has suffered pain, mental anguish, physical impairment, and a diminished capacity to pursue normal activities. Plaintiff's pain and suffering has continued since the date of the collision and will, in all probability, continue into the future.

8. Plaintiff received reasonable and necessary medical treatment and health care for the injuries she suffered in the collision and will likely continue to receive treatment in the future. As the result of the unknown driver's negligence, Plaintiff has incurred fair, reasonable, usual, and customary medical and health-care expenses for that treatment, and will likely incur additional medical expenses in the future.

## CLAIM FOR UNDERINSURED BENEFITS

9. On January 19, 2016, the date of the accident, Plaintiff Janice Woods was covered by insurance issued by Amica Mutual Insurance Company. This policy included coverage for uninsured motorists. Plaintiff Janice Woods is a valid "covered person" under this policy.

10. Defendant was timely informed of the accident and that Plaintiff intended to claim under the unnsured benefits.

11. The driver responsible for this collision is uninsured and therefore liability coverage is insufficient. The injuries sustained by Plaintiff were not the result of intentional acts, but were accidental and caused by the negligence of the unknown driver. Plaintiff hereby seeks recovery for her injuries under uninsured coverage.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Amica Mutual Insurance Company be duly cited to appear and answer herein and that, upon final trial hereof, Plaintiff recovers judgment against Defendant for her damages as set forth above; pre-judgment and post-judgment interest; costs of Court; and such other and further relief to which she may show herself justly entitled, whether at law or in equity.

Respectfully submitted,

BEST, WATSON & GILBERT, P.C.
870 W. I-30, Suite 100
Garland, Texas 75043
prw.watson@yahoo.com
(214) 528-6060
(214) 528-0712 [Telecopier]

By: _____
Patrick R. Watson
State Bar No. 00797633

ATTORNEYS FOR PLAINTIFF

CIVIL CASE INFORMATION SHEET

FILED
11/21/2016 11:06:53 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

Case 3:17-cv-00031-M Document 1-3 Filed 01/04/17 Page 9 of 20 PageID 17

CAUSE NUMBER *(FOR CLERK USE ONLY)*: CC-16-05879-A        COURT *(FOR CLERK USE ONLY)*: _____

STYLED: Janice Woods v. Amica Mutual Insurance Company
(e.g., John Smith v. All American Insurance Co; In re Mary Ann Jones; in the Matter of the Estate of George Jackson)

A civil case information sheet must be completed and submitted when an original petition or application is filed to initiate a new civil, family law, probate, or mental health case or when a post-judgment petition for modification or motion for enforcement is filed in a family law case. The information should be the best available at the time of filing.

## 1. Contact information for person completing case information sheet:

Name: Patrick Watson
Email: prw.watson@yahoo.com
Address: 870 W. I-30
Telephone: (214)528-6060
City/State/Zip: Garland TX 75043
Fax: (214) 528-0712
Signature: [signed]
State Bar No: 05797633

Names of parties in case:
Plaintiff(s)/Petitioner(s): Janice Woods
Defendant(s)/Respondent(s): Amica Mutual Insurance Company

[Attach additional page as necessary to list all parties]

Person or entity completing sheet is:
☑ Attorney for Plaintiff/Petitioner
☐ Pro Se Plaintiff/Petitioner
☐ Title IV-D Agency
☐ Other: _____

Additional Parties in Child Support Case:
Custodial Parent: _____
Non-Custodial Parent: _____
Presumed Father: _____

## 2. Indicate case type, or identify the most important issue in the case (select only 1):

### Civil

**Contract**
- Debt/Contract
  - ☐ Consumer/DTPA
  - ☐ Debt/Contract
  - ☐ Fraud/Misrepresentation
  - ☐ Other Debt/Contract: _____
- Foreclosure
  - ☐ Home Equity—Expedited
  - ☐ Other Foreclosure
- ☐ Franchise
- ☐ Insurance
- ☐ Landlord/Tenant
- ☐ Non-Competition
- ☐ Partnership
- ☐ Other Contract: _____

**Injury or Damage**
- ☐ Assault/Battery
- ☐ Construction
- ☐ Defamation
- Malpractice
  - ☐ Accounting
  - ☐ Legal
  - ☐ Medical
  - ☐ Other Professional Liability:
- ☑ Motor Vehicle Accident
- ☐ Premises
- Product Liability
  - ☐ Asbestos/Silica
  - ☐ Other Product Liability List Product:
- ☐ Other Injury or Damage: _____

**Real Property**
- ☐ Eminent Domain/Condemnation
- ☐ Partition
- ☐ Quiet Title
- ☐ Trespass to Try Title
- ☐ Other Property: _____

**Related to Criminal Matters**
- ☐ Expunction
- ☐ Judgment Nisi
- ☐ Non-Disclosure
- ☐ Seizure/Forfeiture
- ☐ Writ of Habeas Corpus—Pre-indictment
- ☐ Other: _____

### Family Law

**Marriage Relationship**
- ☐ Annulment
- ☐ Declare Marriage Void
- Divorce
  - ☐ With Children
  - ☐ No Children

**Other Family Law**
- ☐ Enforce Foreign Judgment
- ☐ Habeas Corpus
- ☐ Name Change
- ☐ Protective Order
- ☐ Removal of Disabilities of Minority
- ☐ Other: _____

**Post-judgment Actions (non-Title IV-D)**
- ☐ Enforcement
- ☐ Modification—Custody
- ☐ Modification—Other

**Title IV-D**
- ☐ Enforcement/Modification
- ☐ Paternity
- ☐ Reciprocals (UIFSA)
- ☐ Support Order

**Parent-Child Relationship**
- ☐ Adoption/Adoption with Termination
- ☐ Child Protection
- ☐ Child Support
- ☐ Custody or Visitation
- ☐ Gestational Parenting
- ☐ Grandparent Access
- ☐ Parentage/Paternity
- ☐ Termination of Parental Rights
- ☐ Other Parent-Child: _____

**Employment**
- ☐ Discrimination
- ☐ Retaliation
- ☐ Termination
- ☐ Workers' Compensation
- ☐ Other Employment: _____

**Other Civil**
- ☐ Administrative Appeal
- ☐ Antitrust/Unfair Competition
- ☐ Code Violations
- ☐ Foreign Judgment
- ☐ Intellectual Property
- ☐ Lawyer Discipline
- ☐ Perpetuate Testimony
- ☐ Securities/Stock
- ☐ Tortious Interference
- ☐ Other: _____

**Tax**
- ☐ Tax Appraisal
- ☐ Tax Delinquency
- ☐ Other Tax

**Probate & Mental Health**
- Probate/Wills/Intestate Administration
  - ☐ Dependent Administration
  - ☐ Independent Administration
  - ☐ Other Estate Proceedings
- ☐ Guardianship—Adult
- ☐ Guardianship—Minor
- ☐ Mental Health
- ☐ Other: _____

## 3. Indicate procedure or remedy, if applicable (may select more than 1):
- ☐ Appeal from Municipal or Justice Court
- ☐ Arbitration-related
- ☐ Attachment
- ☐ Bill of Review
- ☐ Certiorari
- ☐ Class Action
- ☐ Declaratory Judgment
- ☐ Garnishment
- ☐ Interpleader
- ☐ License
- ☐ Mandamus
- ☐ Post-judgment
- ☐ Prejudgment Remedy
- ☐ Protective Order
- ☐ Receiver
- ☐ Sequestration
- ☐ Temporary Restraining Order/Injunction
- ☐ Turnover

## 4. Indicate damages sought (do not select if it is a family law case):
- ☐ Less than $100,000, including damages of any kind, penalties, costs, expenses, pre-judgment interest, and attorney fees
- ☐ Less than $100,000 and non-monetary relief
- ☑ Over $100,000 but not more than $200,000
- ☐ Over $200,000 but not more than $1,000,000
- ☐ Over $1,000,000

Rev 2/13

# THE STATE OF TEXAS
## CITATION

CAUSE NO. CC-16-05879-A
COUNTY COURT AT LAW NO. 1
Dallas County, Texas

TO:

**AMICA MUTUAL INSURANCE COMPANY**
**SERVE ITS REG AGENT ROBERT R FOSS JR**
**2150 TOWN SQUARE PLACE SUITE 600**
**SUGAR LAND TX  77479-1465**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and Petition, a default judgment may be taken against you."  Your answer should be addressed to the clerk of County Court at Law No. 1 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas  75202.

**JANICE WOODS**
*Plaintiff(s)*

VS.

**AMICA MUTUAL INSURANCE COMPANY**
*Defendant(s)*

filed in said Court on the 21st day of November, 2016 a copy of which accompanies this citation.

**WITNESS:  JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 1st day of December, 2016 A.D.

JOHN F. WARREN, Dallas County Clerk

By _____Guisla Hernandez_____, Deputy
Guisla Hernandez



CC – 16 – 05879 – A
CICI
ISSUE CITATION
1267098



---

| ATTORNEY CITATION |
|---|
| CC-16-05879-A |

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
Dallas County, Texas

JANICE WOODS, *Plaintiff(s)*

VS.

AMICA MUTUAL INSURANCE COMPANY, *Defendant(s)*

**SERVE:**
**AMICA MUTUAL INSURANCE COMPANY**
**SERVE ITS REG AGENT**
**ROBERT R FOSS JR**
**2150 TOWN SQUARE PLACE SUITE 600**
**SUGAR LAND TX  77479-1465**

**ISSUED THIS**
**1ST DAY OF DECEMBER, 2016**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff
PATRICK R WATSON
870 W I-30
SUITE 100
GARLAND TX  75043
214-528-6060

NO OFFICER'S FEES HAVE BEEN COLLECTED BY DALLAS COUNTY CLERK

# OFFICER'S RETURN

CC-16-05879-A   County Court at Law No. 1

JANICE WOODS vs. AMICA MUTUAL INSURANCE COMPANY

**ADDRESS FOR SERVICE:**
SERVE ITS REG AGENT ROBERT R FOSS JR
2150 TOWN SQUARE PLACE SUITE 600
SUGAR LAND TX  77479-1465

**Fees:**
Came to hand on the _____ day of _____, 20_____, at _____ o'clock _____.m., and executed in _____ County, Texas by delivering to AMICA MUTUAL INSURANCE COMPANY in person, a true copy of this Citation together with the accompanying copy of the Petition with the date and service at the following times and places to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|---|---|---|
|  |  |  |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being:

_____

and the cause or failure to execute this process is:

_____

and the information received as to the whereabouts of said defendant(s) being:

_____

Serving Petition and Copy   $_____   _____, Officer

Total   $_____   _____, County, Texas

By:_____, Deputy

_____, Affiant

FILED
12/13/2016 2:47:42 PM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

# THE STATE OF TEXAS
## CITATION
CAUSE NO. CC-16-05879-A
COUNTY COURT AT LAW NO. 1
Dallas County, Texas

TO:

**AMICA MUTUAL INSURANCE COMPANY**
**SERVE ITS REG AGENT ROBERT R FOSS JR**
**2150 TOWN SQUARE PLACE SUITE 600**
**SUGAR LAND TX  77479-1465**

"You have been sued. You may employ an attorney. If you or your Attorney do not file a WRITTEN ANSWER with the clerk who issued this citation by 10:00 A.M. on the Monday next following the expiration of twenty days after you were served this citation and Petition, a default judgment may be taken against you."  Your answer should be addressed to the clerk of County Court at Law No. 1 of Dallas County, Texas at the Court House of said County, 600 Commerce Street, Suite 101, Dallas, Texas  75202.

**JANICE WOODS**
*Plaintiff(s)*

VS.

**AMICA MUTUAL INSURANCE COMPANY**
*Defendant(s)*

filed in said Court on the 21st day of November, 2016 a copy of which accompanies this citation.

**WITNESS:  JOHN F. WARREN**, Clerk of the County Courts of Dallas County, Texas.  GIVEN UNDER MY HAND AND SEAL OF OFFICE, at Dallas, Texas, and issued this 1st day of December, 2016 A.D.

JOHN F. WARREN, Dallas County Clerk

By , Deputy
Guisla Hernandez



---

| ATTORNEY |
| --- |
| **CITATION** |

**CC-16-05879-A**

IN THE COUNTY COURT OF DALLAS
County Court at Law No. 1
Dallas County, Texas

JANICE WOODS, *Plaintiff(s)*

VS.

AMICA MUTUAL INSURANCE
COMPANY, *Defendant(s)*

**SERVE:**
**AMICA MUTUAL INSURANCE**
**COMPANY**
**SERVE ITS REG AGENT**
**ROBERT R FOSS JR**
**2150 TOWN SQUARE PLACE SUITE 600**
**SUGAR LAND TX  77479-1465**

**ISSUED THIS**
**1ST DAY OF DECEMBER, 2016**

JOHN F. WARREN, COUNTY CLERK
BY: GUISLA HERNANDEZ, DEPUTY

Attorney for Plaintiff

PATRICK R WATSON
870 W I-30
SUITE 100
GARLAND TX  75043
214-528-6060

IN THE COUNTY COURT AT LAW NUMBER ONE
DALLAS COUNTY, TEXAS

CAUSE NO. CC-16-05879-A

JANICE WOODS
VS
AMICA MUTUAL INSURANCE COMPANY

# AFFIDAVIT OF RETURN

Came to my hand: 12/06/2016, at 07:08 o'clock A.M., the following specified documents:

- Citation
- Plaintiff's Original Petition
- Plaintiff's Request For Disclosure, First Set Of Written Interrogatories, Request For Production and Request For Admissions To Defendant

and executed by me on 12/06/2016 at 10:20 o'clock, A.M., at, 2150 TOWN SQUARE PLACE SUITE 600, SUGAR LAND, TX 77479 within the county of FORT BEND, by delivering to AMICA MUTUAL INSURANCE COMPANY SERVE ITS REG AGENT ROBERT R FOSS JR in person, a true copy of the above specified Citation/Petition.

I am over the age of 18, not a party to nor interested in the outcome of the above style and numbered suit: and I certify that the facts of service reported herein are true and correct.

Authorized Person: Ernest D. Brown SCH# 11524
Expiration Date: 06/30/2018
BROWN, E. & ASSOCIATES
20825 Southwest Freeway #111, Sugar Land, TX 77479

STATE OF TEXAS)

VERIFICATION

Before me, a notary public, on this day personally appeared the above named Authorized person, known to me to be the person whose name is subscribed to the foregoing documents and, being by me first duly sworn, declared that the statements/fact therein contained are within his/her personal knowledge and experience to be true and correct. Given under my hand and seal of office on this the ____ day of December, 2016.



GLADIOLA MARTINEZ
NOTARY PUBLIC, STATE OF TEXAS
MY COMM. EXP. 05/27/2018
NOTARY ID 12963380-9

NOTARY PUBLIC

Case 3:17-cv-00031-N  Document 1-3  Filed 01/04/17  Page 14 of 20  PageID 22

FILED
12/21/2016 11:08:33 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

AMI.23218

CAUSE NO. CC-16-05879-A

| | | |
|---|---|---|
| JANICE WOODS | § | IN THE COUNTY COURT |
|     Plaintiff, | § | |
| | § | |
| VS. | § | AT LAW NO. 1 |
| | § | |
| AMICA MUTUAL INSURANCE COMPANY | § § | |
|     Defendant. | § | DALLAS COUNTY, TEXAS |

### DEFENDANT'S ORIGINAL ANSWER

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Amica Mutual Insurance Company, Defendant in the above-entitled and numbered cause, and files this its Original Answer to Plaintiff's pleadings on file herein, and in support thereof would respectfully shows the Court as follows:

I.

Pursuant to Rule 92 of the TEXAS RULES OF CIVIL PROCEDURE, Defendant denies generally each and every allegation and statement contained in *Plaintiff's Original Petition*, and any amendments thereto, and demands strict proof thereof.

II.

For further answer, Defendant specifically denies that all conditions precedent to recovery have been met.

III.

For further answer, if necessary, Defendant would show that Plaintiff's claims are controlled and limited by the Texas Supreme Court's holding in *Brainard v. Trinity Universal Insurance Company*, 216 S.W.3d 809 (Tex. 2006) and subsequent cases.

DEFENDANT'S ORIGINAL ANSWER                                                                                                                   Page 1

IV.

For further answer, Defendant affirmatively asserts and pleads the defense of contributory negligence/comparative responsibility. Defendant would further show that the negligence of a non-party, Maria Prado, who failed to maintain an assured safe distance between vehicles and was traveling at an unsafe speed, was the proximate cause of the accident in question and Plaintiff's injuries and damages, if any. As such, she is a responsible third party whose negligence should be submitted to the trier of fact.

V.

For further answer, Defendant invokes the provisions of Section 41.0105 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE limiting Plaintiff's recovery of medical or healthcare expenses to the amount actually paid or incurred. Further, pursuant to Section 18.091 of the TEXAS CIVIL PRACTICE AND REMEDIES CODE, any evidence of economic loss, including lost wages, loss of earning capacity and a loss of contributions of a pecuniary value, must be in a form of a net loss after reduction for federal income tax payments or unpaid tax liability.

VI.

Defendant further pleads that it is entitled to all off-sets and credits against damages as may be allowed by the subject insurance policy and/or applicable law.

**Jury Demand**

Defendant hereby, in accordance with Rule 216 of the TEXAS RULES OF CIVIL PROCEDURE, demands a trial by jury. Simultaneously with the filing of this demand, a jury fee is being paid on behalf of Defendant.

WHEREFORE, PREMISES CONSIDERED, Defendant respectfully prays that Plaintiff take nothing by this suit, that Defendant recover its costs, and for such other and further relief, both at law and in equity, to which Defendant may be justly entitled.

Respectfully submitted,

**FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.**

By: /s/ Paul W. Bennett
**PAUL W. BENNETT**
State Bar No. 00787071
paul.bennett@fletcherfarley.com
**ALEX J. BELL**
State Bar No. 24069359
alex.bell@fletcherfarley.com
9201 N. Central Expwy., 6th Floor
Dallas, Texas 75231
214-987-9600 (telephone)
214-987-9866 (facsimile)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This will certify that a true and correct copy of the foregoing instrument has been mailed, telecopied, electronically served, or hand delivered to all attorneys of record in this cause of action on the 22nd day of December, 2016.

/s/ Paul W. Bennett
**PAUL W. BENNETT**

## VERIFICATION

THE STATE OF TEXAS )
)
COUNTY OF DALLAS )

      **BEFORE ME**, the undersigned Notary Public, on this day personally appeared **PAUL W. BENNETT**, who being by me duly sworn on his oath deposed and said that he is the attorney of record for the Defendant, and that he is duly qualified and authorized in all respects to make this Affidavit; that he has read Paragraphs II and III of the above and foregoing Defendant's Original Answer; and that every statement contained therein is within his knowledge and is true and correct.

_____
PAUL W. BENNETT

      **SWORN TO AND SUBSCRIBED BEFORE ME** on this the 21st day of December, 2016, to certify which witness my hand and seal of office.

_____
NOTARY PUBLIC IN AND FOR
THE STATE OF TEXAS


Anita S. Soto
Commission Expires
11-02-2017

My Commission Expires:

11-02-2017

Case 3:17-cv-00031-N   Document 1-3   Filed 01/04/17   Page 18 of 20   PageID 26

FILED
1/4/2017 11:39:31 AM
JOHN F. WARREN
COUNTY CLERK
DALLAS COUNTY

AMI.23218

## CAUSE NO. CC-16-05879-A

| | | |
|---|---|---|
| **JANICE WOODS** § | | IN THE COUNTY COURT |
| Plaintiff, § | | |
| § | | |
| VS. § | | AT LAW NO. 1 |
| § | | |
| **AMICA MUTUAL INSURANCE** § | | |
| **COMPANY** § | | |
| Defendant. § | | DALLAS COUNTY, TEXAS |

### DEFENDANT'S MOTION FOR LEAVE TO DESIGNATE RESPONSIBLE THIRD PARTY

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES **AMICA MUTUAL INSURANCE COMPANY,** Defendant, and files this Motion for Leave to Designate a Responsible Third Party and for the same would respectfully show unto the Court as follows:

### A. Introduction

This case arises out of a motor vehicle accident occurring on or about January 19, 2016 in Dallas. Plaintiff sued Defendant alleging that a vehicle, operated by some unknown and uninsured motorist, struck a vehicle behind Plaintiff causing it to be pushed into the vehicle operated by Plaintiff. Defendant denies such allegations.

This case is not currently set for trial, and Defendant files this motion at least 60 days before the date set for trial.

### B. Facts

In Plaintiff's Original Petition, she alleges that she was traveling northbound on Noel Road in Dallas on January 19, 2016 when "Maria De Los Angeles Prado, traveling immediately behind Plaintiff was struck in the rear by an uknown vehicle," causing Ms. Prado's car to collide with the rear of Plaintiff's vehicle. Plaintiff contends that the accident occurred and that she sustained injuries and damages as a proximate result of the negligence of the unknown and uninsured driver. Plaintiff contends that she is entitled to uninsured motorist benefits per a

policy of insurance issued by Defendant. Defendant denies all such allegations. Defendant would show that the accident and Plaintiff's injuries and damages, if any, were proximately caused by the negligence of of Maria De Los Angeles Prado who, among other things, failed to keep a safe distance between her car and Plaintiff's car, failed to timely apply her brakes, and who was traveling at an unsafe speed. Further, Defendant would show that Maria De Los Angeles Prado was not an uninsured motorist; to wit, on information and belief she was insured under a liability policy issued by Infinity County Mutual Insurance Company.

### C. **Argument & Authorities**

Defendant would show that Maria De Los Angeles Prado is a responsible third party within the meaning of Texas Civil Practice & Remedies Code section 33.011(6) because she caused or contributed to Plaintiff's harm for which recovery of damages is sought. Her responsibility should be submitted to the trier of fact. Defendant respectfully moves the Court to designate Maria De Los Angeles Prado as a responsible third party and submit her responsibility to the trier of fact at trial.

### D. **Prayer**

WHEREFORE, PREMISES CONSIDERED, Defendant prays that the Court grant this Motion and enter an Order designating Maria De Los Angeles Prado as a responsible third party, as that term is defined in the Texas Civil Practice and Remedies Code, that her responsibility be submitted to the trier of fact at the trial of this cause, and for all other relief to which it may show itself justly entitled.

Respectfully submitted,

**FLETCHER, FARLEY,
SHIPMAN & SALINAS, L.L.P.**


BY: */s/ Paul W. Bennett*
     **PAUL W. BENNETT**
     State Bar No. 00787071
     paul.bennett@fletcherfarley.com
     **ALEX J. BELL**
     State Bar No. 24069359
     alex.bell@fletcherfarley.com
     9201 N. Central Expressway, Suite 600
     Dallas, Texas 75231
     (214) 987-9600 (office)
     (214) 987-9866 (telecopier)

     **ATTORNEYS FOR DEFENDANT**


## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument has been mailed, telecopied, electronically served or hand delivered to all attornes of record, in compliance with Rule 21a. of the Texas Rules of Civil Procedure, on this the 4th day of January, 2017.

     */s/ Paul W. Bennett*
     **PAUL W. BENNETT**