AMI.23218

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| JANICE WOODS, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | Case No. 3:17-cv-31 |
| AMICA MUTUAL INSURANCE COMPANY, | § | |
| | § | |
| | § | |
| Defendant. | § | |

## STIPULATED DISMISSAL WITH PREJUDICE

Plaintiff Janice Woods and Defendant Amica Mutual Insurance Company file this Stipulated Dismissal with Prejudice.

1. Plaintiff and Defendant have compromised and settled all claims, causes of action and matters in dispute in this case.

2. Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii), Plaintiff and Defendant jointly stipulate to a final dismissal of all of Plaintiff's claims and causes of action against Defendant herein WITH PREJUDICE to the right of refiling, with each party to bear its own costs, expenses and attorneys' fees.

Respectfully submitted,

*/s/ Patrick R. Watson*
**PATRICK R. WATSON**
State Bar No. 00797633
Email: prw.watson@yahoo.com
**BEST, WATSON & GILBERT, P.C.**, of counsel
870 W. I-30, Suite 100
Garland, Texas 75043
(214) 528-6060
(214) 528-0712 (facsimile)

**ATTORNEY FOR PLAINTIFF**
**JANICE WOODS**

*/s/ Paul W. Bennett*
**PAUL W. BENNETT**
State Bar No. 00787071
email: paul.bennett@fletcherfarley.com
**FLETCHER, FARLEY, SHIPMAN**
**& SALINAS, L.L.P.** of counsel
9201 N. Central Expressway, 6th Floor
Dallas, Texas 75231
(214) 987-9600
(214) 987-9866 (facsimile)

**ATTORNEY FOR DEFENDANT**
**AMICA MUTUAL INSURANCE COMPANY**

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served on all attorneys of record via email, in compliance with the FEDERAL RULES OF CIVIL PROCEDURE, on this the 1st day of August, 2017.

*/s/ Paul W. Bennett*
**PAUL W. BENNETT**